**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
Erica J. Pruetz (Bar No. 227712)
ejpruetz@pruetzlaw.com
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California 90245
Telephone: (310) 765-7650
Facsimile: (310) 765-7641
*Attorneys for Plaintiffs*

**HILL, FARRER & BURRILL LLP**
G. Cresswell Templeton III (Bar No. 138398)
ctempleton@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 624-4840
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RED BULL GMBH, a foreign corporation, and RED BULL NORTH AMERICA, INC., a California corporation,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LEISURE INVESTMENTS, INC., a Wisconsin corporation, JIM L. SHETAKIS DISTRIBUTING CO, a Nevada corporation, ARCTICO, INC., a Wisconsin corporation and ARCTICO BEVERAGE CO., a Nevada corporation,<br>　　　　　　Defendants. | CASE NO. CV07-06414 PA (MANx)<br><br>FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANTS LEISURE INVESTMENTS, INC., JIM L. SHETAKIS DISTRIBUTING CO., ARCTICO, INC., AND ARCTICO BEVERAGE CO. |

Final Judgment and Permanent Injunction

The Court, pursuant to the Stipulation for Entry of Final Judgment, Including Permanent Injunction ("Stipulation") of the parties and as otherwise agreed to in writing by the parties, hereby ORDERS, ADJUDICATES and DECREES that final judgment, including a permanent injunction, shall be and hereby is entered on the Complaint in the above-referenced matter as follows, and any defined terms shall have the meaning as specified in the Stipulation or as otherwise defined herein.

1. **Permanent Injunction**. Defendants Leisure Investments, Inc., Jim L. Shetakis Distributing Co., Arctico, Inc. and Arctico Beverage Co., Inc.(collectively "Defendants"), their owners, officers, directors, assignees, transferees, employees, agents and representatives, and all other persons, firms or entities acting in concert or participating with them are enjoined from engaging in, directly, or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

   a. manufacturing, packaging, importing, exporting or otherwise acquiring any energy drink or any other product visibly bearing, either alone or in combination: (1) the Arctic Bull trademark or bull design; (2) Red Bull's trademarks or Red Bull's trade dress; and/or (3) any trademark, service mark, trade dress, design, corporate name, trade name, domain name, or any other designation ("Trademark") that is likely to cause confusion with respect to, or that constitutes a colorable imitation of one or more of Red Bull's trademarks or Red Bull's trade dress, including but not limited to those designs and color combinations shown in Red Bull's U.S. trademark registrations, as well as any Trademark that incorporates (i) any aspect of the Red Bull Energy Drink trade dress; (ii) the word "bull"; (iii) the word "red," used as a Trademark or part of a Trademark or other designation of source or origin or such that any rights are claimed to the term "red"; or (iv) the name, image or likeness of any bovine animal or the image of a red-colored animal

or other animal confusingly similar to any of Red Bull's trademarks or Red Bull's trade dress , whether in connection with the sale of Arctic Ice energy drink or any other product;

    b.   making, using, selling, reselling, advertising, promoting, distributing or otherwise dealing in any energy drink or any other product visibly bearing, either alone or in combination: (1) the Arctic Bull trademark or bull design; (2) Red Bull's trademarks or Red Bull's trade dress; and/or (3) any Trademark that is likely to cause confusion with respect to, or that constitutes a colorable imitation of, one or more of Red Bull's trademarks or Red Bull's trade dress, including but not limited to those designs and color combinations shown in Red Bull's U.S. trademark registrations, as well as any Trademark that incorporates (i) any aspect of the Red Bull Energy Drink trade dress; (ii)  the word "bull"; (iii) the word "red," used as a Trademark or part of a Trademark or other designation of source or origin or such that any rights are claimed to the term "red"; or (iv) the name, image or likeness of any bovine animal or the image of a red-colored animal or other animal confusingly similar to any of Red Bull's trademarks or Red Bull's trade dress , whether in connection with the sale of Arctic Ice energy drink or any other product;

    c.   from using, displaying, registering, transferring or assigning, either alone or in combination:

        i.   the Arctic Bull name or bull design;

        ii.   the Arctic Bull website or any websites that promote or advertise Arctic Bull energy drink;

        iii.   the Red Bull website or any confusingly similar or substantially similar website;

        iv.   any of Red Bull's trademarks or Red Bull's trade dress; and/or

     v. any Trademark that is likely to cause confusion with respect to, or that constitutes a colorable imitation of, one or more of Red Bull's trademarks or Red Bull's trade dress, including but not limited to those designs and color combinations shown in Red Bull's U.S. trademark registrations, as well as any Trademark that incorporates (i) any aspect of the Red Bull Energy Drink trade dress; (ii) the word "bull"; (iii) the word "red," used as a Trademark or part of a Trademark or other designation of source or origin or such that any rights are claimed to the term "red"; or (iv) the name, image or likeness of any bovine animal or the image of a red-colored animal or other animal confusingly similar to any of Red Bull's trademarks or red Bull's trade dress, whether in connection with the sale of Arctic Ice or any other product;

on any labels; signs; prints; cans; packages; wrappers; stickers; receptacles; containers; products; advertisements; websites; domain names; electronic media or other materials;

  d. filing any application to register, obtaining any registration for, or authorizing any person or entity to apply for, register for or obtain any registration in connection with any product or service, either alone or in combination: (1) the Arctic Bull trademark or bull design; (2) any of Red Bull's trademarks or Red Bull's trade dress; and/or (3) any Trademark that is likely to cause confusion with respect to, or that constitutes a colorable imitation of, one or more of Red Bull's trademarks or Red Bull's trade dress, including but not limited to those designs and color combinations shown in Red Bull's U.S. trademark registrations, as well as any Trademark that incorporates (i) any aspect of the Red Bull Energy Drink trade dress; (ii) the word "bull"; (iii) the word "red," used as a Trademark or part of a

Trademark or other designation of source or origin or such that any rights are claimed to the term "red"; or (iv) the name, image or likeness of any bovine animal or the image of a red-colored animal or other animal confusingly similar to Red Bull's trademarks or red Bull's trade dress, whether in connection with the sale of Arctic Ice energy drink or any other product.

   e. doing or allowing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade or prospective purchasers of Red Bull's products as to the source of Defendants' goods and services, or likely to deceive members of the public or the trade or prospective purchasers of Defendants' goods and services into believing that there is some association, connection or affiliation with and/or sponsorship or approval by Red Bull;

   f. doing or allowing any act or thing which is likely to dilute the distinctive quality of any of the famous Red Bull trademarks or Red Bull trade dress, or otherwise injure Red Bull's business reputation and good will; and

   g. engaging in any acts of federal, state or common law trademark or trade dress infringement, dilution or unfair competition that would damage or injure Red Bull and/or any of Red Bull's trademarks or Red Bull's trade dress.

   2. **No Appeals and Continuing Jurisdiction**.  No appeals shall be taken from this Final Judgment, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Final Judgment, including the Permanent Injunction.

//
//
//
//
//

1    3.    **No Fees or Costs**.  Each party shall bear its own attorneys' fees and
2 costs incurred in this matter.

3

4 IT IS SO ORDERED, ADJUDICATED AND DECREED.

5

6

7

8

9 Dated: May 29, 2008      _____
                                                                Percy Anderson
10                                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-
Final Judgment and Permanent Injunction